UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHAWN SUTHERLAND,                       :
                                        :   Civil Action No. 10-3134 (DRD)
            Petitioner,                 :
                                        :
       v.                               :   **ORDER**
                                        :
GOVERNOR CHRIS CHRISTIE,                :
et al.,                                 :
                                        :
            Respondents.                :

This matter having come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and it appearing that:

1. Petitioner is currently an inmatE confined at Hudson County Correctional Facility in Hackensack, New Jersey;

2. Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a);

3. Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1); however, Petitioner did not provide institutional account information certified by an authorized officer of his institution as required by Local Civil Rule 81.2(b).

IT IS THEREFORE on this 28th day of June, 2010,

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form, for use by a prisoner, Application to Proceed In Forma Pauperis in a Habeas Corpus Case; and it is further

ORDERED that, within 30 days of the date of entry of this Order, Petitioner shall either remit the $5.00 filing fee or submit a completed and signed in forma pauperis application, with a certification of Petitioner's institutional account as required by Local Civil Rule 81.2(b); and it is finally

ORDERED that, if Petitioner does not pay the filing fee or submit such a completed, signed, and certified in forma pauperis application within the above 30-day period, the Petition shall be deemed withdrawn and the Clerk of the Court shall close the file in this action without further notice.

_____
Dickinson R. Debevoise
United States District Judge